TONY WEST
Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation
KATHRYN L. MOORE
Trial Attorney, District Court Section
Office of Immigration Litigation
Ohio Bar No. 0078573
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-7099
    Facsimile: (202) 305-7000
    Email: kathryn.moore@usdoj.gov

JS - 6

Attorneys for Defendants, Eric Holder, et al.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Norik Megrabyan | ) No. CV 10-5404 RGK (PLAx) |
|     Plaintiff, | ) |
|         v. | ) [~~PROPOSED~~] **ORDER DISMISSING COMPLAINT AND ACTION WITHOUT PREJUDICE** |
| Eric H. Holder, Attorney General, et al., | ) |
|     Defendants. | ) |

    Pursuant to the stipulation of the parties IT IS HEREBY ORDERED THAT:

    1.   Plaintiff's complaint and action should be dismissed without prejudice; and

    2.   Each party will bear its own costs, fees and expenses.

IT IS SO ORDERED.

Dated: October 20, 2010         _/s/ Gary Klausner_
                                        UNITED STATES DISTRICT COURT JUDGE